IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BANK OF THE WEST, a California Banking Corporation,** | ) ) ) | **CASE NO. 8:08CV24** |
| Plaintiff, | ) ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **HOMESTEAD HOMES OF AMERICA, Inc., a Nebraska Corporation, HOMESTEAD CAPITAL, Company, Inc., a Nebraska Corporation, HERITAGE HOMES OF NEBRASKA, Inc., a Nebraska Corporation, HERITAGE MANUFACTURING, Inc., a Delaware Corporation, LINCOLN FINANCIAL, Inc., a Nebraska Corporation, RODNEY R. TOMPKINS, a Nebraska Resident, and LORETA J. TOMPKINS, a Nebraska Resident,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Defendants' Unopposed Motion for Extension of Deadline for Defendants to Respond to Plaintiff's Motion for Summary Judgment. The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for an Extension of Time (Filing No. 26) is granted; and

2. The Defendants shall respond to the Plaintiff's Motion for Summary Judgment by filing its brief and index of evidence, if any, on or before Tuesday, April 1, 2008.

DATED this 14th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge