IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BANK OF THE WEST, a California Banking Corporation,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HOMESTEAD HOMES OF AMERICA, Inc., a Nebraska Corporation, HOMESTEAD CAPITAL, Company, Inc., a Nebraska Corporation, HERITAGE HOMES OF NEBRASKA, Inc., a Nebraska Corporation, HERITAGE MANUFACTURING, Inc., a Delaware Corporation, LINCOLN FINANCIAL, Inc., a Nebraska Corporation, RODNEY R. TOMPKINS, a Nebraska Resident, and LORETA J. TOMPKINS, a Nebraska Resident,** )<br>)<br>**Defendants.** ) | **CASE NO. 8:08CV24**<br><br>**ORDER** |

This matter is before the Court on the Defendants' Second Unopposed Motion for Extension of Deadline for Defendants to Respond to Plaintiff's Motion for Summary Judgment. The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for an Extension of Time (Filing No. 41) is granted; and

2. The Defendants shall respond to the Plaintiff's Motion for Summary Judgment by filing its brief and index of evidence, if any, on or before Tuesday, April 15, 2008.

DATED this 2nd day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge