IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation, <br><br> Plaintiff, <br> v. <br><br> HOMESTEAD HOMES OF AMERICA, INC., a Nebraska corporation, HOMESTEAD CAPITAL COMPANY, INC., A Nebraska corporation, HERITAGE HOMES OF NEBRASKA, INC., a Nebraska corporation, HERITAGE MANUFACTURING, INC., a Delaware Corporation, LINCOLN FINANCIAL, INC., a Nebraska corporation, RODNEY R. TOMPKINS, a Nebraska resident, and LORETA J. TOMPKINS, a Nebraska resident, <br><br> Defendants. | Case No.: 8:08 CV 00024 <br><br> ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court upon the Stipulated Motion to Withdraw filed by Timothy K. Dolan. Upon consideration thereof, the Court being fully advised in the premises, finds that said Motion should be granted.

It is therefore ORDERED Timothy K. Dolan is granted leave to withdraw from this action.

DATED February 5, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge