IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTEAD HOMES OF AMERICA, INC., a Nebraska corporation, HOMESTEAD CAPITAL COMPANY, INC., a Nebraska corporation, HERITAGE HOMES OF NEBRASKA, INC., a Nebraska corporation, HERITAGE MANUFACTURING, INC., a Delaware corporation, LINCOLN FINANCIAL, INC., a Nebraska corporation, RODNEY R. TOMPKINS, a Nebraska resident, and LORETA J. TOMPKINS, a Nebraska resident,<br><br>Defendants. | 8:08CV24<br><br>ORDER |

This matter is before the Court on Filing No. 47, a Joint Motion to Extend the Stay of All Proceedings and Deadlines. For good cause shown,

**IT IS ORDERED** that the motion is granted, as follows:

1. All proceedings and deadlines, and all other actions otherwise scheduled or required by extant orders or the Federal Rules of Civil Procedure, are stayed until June 1, 2009.

2. The parties shall file a status report on or before June 1, 2009.

3. This Order shall relate back to October 1, 2008.

**DATED March 3, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**